Peter R. Afrasiabi, Esq. (Bar No. 193336)
    pafrasiabi@onellp.com
Christopher Arledge, Esq. (Bar No. 200767)
    carledge@onellp.com
John Tehranian, Esq. (Bar No. 211616)
    jtehranian@onellp.com
**ONE LLP**
4000 MacArthur Boulevard
West Tower, Suite 1100
Newport Beach, CA 92660
Phone: (949) 502-2870
Facsimile: (949) 258-5081

Matt Olavi, Esq. (Bar No. 265945)
    molavi@olavidunne.com
Brian J. Dunne, Esq. (Bar No. 275689)
    bdunne@olavidunne.com
**OLAVI DUNNE LLP**
800 Wilshire Blvd., Suite 320
Los Angeles, California 90017
Telephone: (213) 516-7900
Facsimile: (213) 516-7910

*Attorneys for Plaintiff, Mavrix Photographs LLC*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAVRIX PHOTOGRAPHS LLC, a California limited liability company, | Case No.: |
| Plaintiff, | **COMPLAINT FOR COPYRIGHT INFRINGEMENT** |
| v. | |
| HOMORAZZI MEDIA INC., a Canadian Corporation; HOMORAZZI.COM, a business form unknown: DONOVAN PAGTAKHAN, and individual: PATRICK LEVESQUE, an individual: and DOES 1-10, inclusive, | **DEMAND FOR JURY TRIAL** |
| Defendants. | |

**COMPLAINT**

1  Plaintiff, Mavrix Photographs LLC, complains against Defendant, Homorazzi

2  Media, Inc., a Canadian corporation, **www.homorazzi.co**m, a business form unknown,

3  Donovan Pagtakhan, an individual, Patrick Levesque, an individual, and DOES 1-10

4  (collectively, "Defendants") as follows:

5  ### JURISDICTION AND VENUE

6  1.   This is a civil action against Defendants for copyright infringement under the

7  Copyright Act, 17 U.S.C. §§ 101 *et seq*.  This Court has subject matter jurisdiction under

8  28 U.S.C. § 1331, 17 U.S.C. § 501(a), and 28 U.S.C. § 1338(a) and (b).

9  2.   Venue is proper in this District under 28 U.S.C. §§ 1391(b) and (c) and 28

10  U.S.C. § 1400(a) in that the claim arises in this Judicial District, the Defendants may be

11  found and transact business in this Judicial District, and the injury suffered by Plaintiff took

12  place in this Judicial District.  Defendants are subject to the general and specific personal

13  jurisdiction of this Court at least because of their contacts with the State of California.

14  ### PARTIES

15  3.   Plaintiff Mavrix Photographs LLC ("Mavrix") is a limited liability company

16  incorporated and existing under the laws of California, with its principal place of business

17  located in Los Angeles, California.

18  4.   Defendant Homorazzi Media, Inc. ("Homorazzi Media") is, on information

19  and belief, incorporated under the laws of Canada, with its principle place of business in

20  Vancouver, Canada.

21  5.   Defendant homorazzi.com is, on information and belief, a website based in

22  Vancouver, Canada under common control.  Its business form is unknown.

23  6.   Defendant Donovan Pagtakhan is an individual residing in Canada.  Mavrix is

24  informed and believes that Pagtakhan is an owner and operator of www.homorazzi.com.

25  7.   Defendant Patrick Levesque is an individual residing in Canada.  Mavrix is

26  informed and believes that Levesque is an owner and operator of www.homorazzi.com.

27  8.   The true names or capacities, whether individual, corporate or otherwise, of

28  the Defendants named herein as DOES 1 through 10, inclusive, are unknown to Plaintiff,

2

**COMPLAINT**

who therefore sues said Defendants by such fictitious names.  Plaintiff will ask leave of Court to amend this Complaint and insert the true names and capacities of said Defendants when the same have been ascertained.

9.      Plaintiff is informed and believes, and, upon such, alleges that each of the Defendants designated herein as a "DOE" is legally responsible in some manner for the events and happenings herein alleged, and that Plaintiff's damages as alleged herein were proximately caused by such Defendants.

## FACTS COMMON TO ALL COUNTS

10.     Mavrix owns by way of assignment the copyrights to certain photos owned by Mavrix Photo, Inc. (MPI) a prominent celebrity photography agency that licenses its photographs to its end customers: the world's leading newspapers, television programs and magazines, like the Daily Mail of London, People, or US Weekly.

11.     Homorazzi Media owns and operates the website http://www.homorazzi.com (the Website).

12.     The Website makes money based upon an ad revenue business model.  The Website is one of the largest Websites in the world in terms of traffic.  According to the recognized internet rankings organization, CubeStat, the Website receives 16,399 page views per day and ranking 69,875 out of the many millions of websites in existence. Defendant has driven massive traffic to its website in part due to the presence of the sought after and searched-for celebrity images, the copyrights to which are owned by third parties (not Defendant or, to Defendants' knowledge and awareness,  Defendants' users who upload the images and other content).  All of this traffic translates to significant advertising revenue.  As such, content websites may effectively monetize the content on their websites by securing eyeballs on the sites which translates to ad revenue.  Consequently, the Defendants are able to, and do have, in effect a national online photo library located at the www.Homorazzi.com website, which generates massive revenue for Defendant all by the posting of content, none of which on information and belief is owned or licensed by Defendant.

## COMPLAINT

13.     The Website targets consumers in California.  It contains stories about American celebrities, many of whom reside in Los Angeles, and the advertisements delivered by the Website are tailored for consumers within California.

14.     Homorazzi Media is operated by the co-founders of Homorazzi.com, and operates out of their Vancouver office.  The Website identifies the co-founders as Donovan Pagtakhan and Patrick Levesque.

15.     On or about June 3, 2011, Mavrix took photographs of pop star Katy Perry (the "Photos"). Mavrix sought and received a federal copyright registration on the Photos within 90 days of their first publication.  A true and correct copy of the copyright certificate is attached hereto as Exhibit A.  These Photos had substantial market value to Mavrix if they could be licensed on an exclusive basis to a celebrity news publication.

16.     Soon thereafter, on or about June 24, 2011, Defendants placed on www.homorazzi.com at least 2 images of the Photos, displaying those images for the entire world to see and download for free if desired.  Attached hereto as Exhibit B are screen captures of the Photos as they appeared on www.homorazzi.com.  Defendants displayed the Photos on the website without permission and without a copyright license.  Defendants' publishing of the Photos destroyed the market value of them for Mavrix.

## FIRST CLAIM FOR RELIEF

### (Copyright Infringement, 17 U.S.C. § 501 Against all Defendants)

17.     Mavrix incorporates hereby reference the allegations in paragraphs 1 through 16 above.

18.     Mavrix is the owner of all rights, title, and interest in the copyrights to the Photos, which substantially consist of material wholly original and which are copyright subject matter under the laws of the United States.

19.     The Photos were timely registered with the United States Copyright Office.

**COMPLAINT**

20.    Defendants have directly, vicariously, contributorily and/or by inducement infringed Mavrix's copyrights by reproducing, displaying, distributing, and utilizing the Photos for purposes of trade violation of 17 U.S.C. § 501 *et seq.*

21.    All of the Defendants' acts are and were performed without permission, license, or consent of Mavrix.

22.    Mavrix has identified infringement on the Website by way of unlawful reproduction and display of the Photos (as well as the unlawful facilitation of other's reproduction of the Photos). If other infringements are discovered in this case, then they will be identified in discovery and the pleadings will thus conform to the evidence adduced at trial.

23.    As a result of the acts of Defendants alleged herein, Mavrix has suffered damage.

24.    Defendants have willfully infringed, and unless enjoined, will continue to infringe Mavrix's copyrights by knowingly reproducing, displaying, distributing, and utilizing the Photos. Defendants had specific knowledge that the Photos were on its website and Defendants had overwhelming circumstantial evidence to believe that the pictures were the work of professional photographers and, therefore, were posted in violation of the Copyright Act.

25.    The wrongful acts of Defendants have caused, and are causing, injury to Mavrix, which damage cannot be accurately computed, and unless this Court restrains Defendants from further commission of said acts, Mavrix will suffer irreparable injury, for all of which it is without an adequate remedy at law. Accordingly, Mavrix seeks a declaration that Defendants are infringing Mavrix's copyrights and an order under 17 U.S.C. § 502 enjoining Defendants from any further infringement.

26.    In light of the willful nature of the copyright infringement, Mavrix is also entitled to an award of statutory damages and its attorney's fees.

**COMPLAINT**

## **PRAYER FOR RELIEF**

WHEREFORE, Plaintiff requests judgment against Defendants as follows:

1. The Defendants, and their officers, agents, servants, employees, and representatives, and all persons in active concert or participation with them, be permanently enjoined from copying, reproducing, displaying, promoting, advertising, distributing, or selling, or any other form of dealing or transaction in, any and all Photos of Mavrix.

2. An accounting be made for all profits, income, receipts or other benefit derived by Defendants from the unlawful reproduction, copying, display, promotion, distribution, or sale of products and services, or other media, either now known or hereafter devised, that improperly or unlawfully infringes upon Plaintiff's copyrights pursuant to 17 U.S.C. §§ 504 (a)(1) & (b).

3. Actual damages for copyright infringement pursuant to 17 U.S.C. §§ 504 (a)(1) & (b).

4. Statutory damages for copyright infringement, including willful infringement, in accordance with 17 U.S.C. §§ 504(a)(2) & (c) and for costs, interest and reasonable attorney's fees pursuant to 17 U.S.C. § 505.

5. That Plaintiff be awarded any such other and further relief as the Court may deem just and appropriate.

///
///
///
///
///
///
///
///
///
///

6

**COMPLAINT**

1  Dated:  December 20, 2013

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17  Dated:  December 20, 2013

18

19

20

21

22

23

24

25

26

27

28

ONE LLP

By: _____
Peter R. Afrasiabi
Attorneys for Plaintiff,
Mavrix Photographs LLC

OLAVI DUNNE LLP

By: _____
Matt Olavi
Attorneys  for Plaintiff
Mavrix Photographs LLC

**DEMAND FOR JURY TRIAL**

Plaintiff Mavrix hereby demands trial by jury of all issues so triable under the law.

ONE LLP

By: _____
Peter R. Afrasiabi
Attorneys for Plaintiff,
Mavrix Photographs LLC

OLAVI DUNNE LLP

By: _____
Matt Olavi
Attorneys  for Plaintiff
Mavrix Photographs LLC

7

**COMPLAINT**